AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Ryan Michael Samaniego<br>*Defendant(s)* | Case No.<br>2:20-MJ-103 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 31, 2020__ in the county of __Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Curtis Gabel, ATF TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __8/3/2020__

_____
*Judge's signature*

City and state: __Amarillo, Texas__       Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:20-MJ-103

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Curtis Gabel, affiant herein, being duly sworn, state that I am a Detective with the Amarillo Police Department (APD) and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Dallas Field Division, Amarillo Satellite Office. I have been employed with the APD for 21 years and assigned to the ATF since April 2018. I am a Master Peace Officer, successfully completed the Basic Texas Peace Officer Academy at the Amarillo Police Department, and the Joint Law Enforcement Operations (JLEO) Task Force Operations Training. I have earned a Bachelor of Science degree in Criminal Justice Administration from Wayland Baptist University in Plainview, Texas.

As a result of my training, education, and experience, I am familiar with federal laws, including Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

On July 31, 2020, officers with the Amarillo Police Department (APD) were conducting surveillance on a wanted subject, Ryan Michael Samaniego. Samaniego had an active arrest for Burglary of a Building. This burglary occurred on July 27, 2020, at Bentley's Auction and involved the theft of approximately 30 firearms from Bentley's

Auction and Jeff's Gunslingers. Also taken during the burglary was a large amount of Mercury dimes and Roosevelt dimes. Investigators obtained a latent finger print belonging to Samaniego during the course of the burglary investigation at the burglary scene. Earlier in the day, APD officers observed Samaniego to be operating and working on a stolen Land Rover SUV at 1205 N. Buchanan, Potter County, Amarillo, Texas 79107. Officers saw him leave in a black Chevrolet pick-up as a passenger. Officers stopped the pick-up as it arrived back at 1205 N. Buchanan. Samaniego was taken into custody and he had ammunition in his pocket. A search of the pick-up revealed a firearm under the back passenger seat. Officers conducted an inventory of the stolen Land Rover SUV. Officers located a large amount of Mercury dimes and Roosevelt dimes in the Land Rover. Samaniego was read his Constitutional Rights and interviewed about the firearm found in the pick-up, as well as the burglary. Samaniego admitted that he removed the firearm from his waistband and placed it under the passenger back seat as officers were approaching him to take him into custody. Samaniego admitted that he was a felon and that he is not supposed to possess firearms or ammunition. Samaniego also admitted to burglarizing Bentley's Auction and Jeff's Gunslingers with other suspects. It cannot be determined at this time if the firearm found in the pick-up was stolen from Bentley's Auction. After the interview was conducted, Samaniego was arrested for Felon in Possession of a Firearm with a Federal Hold at Randall County Jail. The firearm is a Browning Arms Company, model BPM-D, 9mm pistol with serial number 645NR 00758. A verbal nexus was conducted on the aforementioned firearm. The firearm was manufactured outside of the state of Texas; therefore, the firearms traveled in or affected

interstate commerce. Samaniego is a previously convicted felon; therefore, prohibited from possessing firearms.

Based on my training, education, and experience, and the information provided to me, there is probable cause that Ryan Michael Samaniego violated Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

_____
Task Force Officer Curtis Gabel
Bureau of Alcohol, Tobacco, Firearms,
& Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

| 8/3/2020 | at | Amarillo, Texas |
|---|---|---|
| Date | | City and State |

_____
Lee Ann Reno
UNITED STATES MAGISTRATE JUDGE